# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 13, 2016

### NO. 03-13-00794-CR

**Fred Yazdi, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 26TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD**
**AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.